## (September 18, 1973)

■ In the Matter of MARIANELA MARTINEZ v. JULE SUGARMAN, as Commissioner of the Department of Social Services of the City of New York, et al.— Motion for reargument granted to the extent of modifying the decision and order of this court entered on June 28, 1973 [42 A D 2d 553], by adding the following sentence at the end of the decretal sentence of both the decision and order: "The public assistance rendered to the petitioner under the Aid to

Families with Dependent Children program, terminated on March 15, 1973, is restored effective as of such date." Concur — Stevens, P. J., Kupferman, Steuer and Capozzoli, JJ.